IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SEAN M. DONAHUE,** | : | Civil No. 1:17-cv-1084 |
| Plaintiff, | : | |
| v. | : | |
| | : | **Judge Sylvia H. Rambo** |
| **DAUPHIN COUNTY, et al.,** | : | |
| | : | **Magistrate Judge Saporito** |
| Defendant. | : | |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** as follows:

1) The report and recommendation of the magistrate judge is **ADOPTED** in its entirety.

2) The captioned action is **DISMISSED** pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) for failure to state a cause of action.

3) The request for appointment of counsel contained in the objections to the report and recommendation is deemed moot.

4) The clerk of court shall close this file.

5) Any appeal taken from this order is deemed frivolous and not taken in good faith.

                                                           s/Sylvia H. Rambo
                                                           SYLVIA H. RAMBO
                                                           United States District Judge

Dated: August 7, 2017